IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:18-CR-144-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| ENIL RAMON MONTOYA ) | |
| VELASQUEZ ) | |
| ) | |

Upon motion of the United States, and for good cause shown by the reasons stated in the motion, it is hereby ORDERED Docket Entry 110, the instant Motion to Seal, and this Order to Seal, be sealed by the Clerk from this date until further order by this Court, except that a filed copy of the same be provided to the United States Attorney's Office.

SO ORDERED. This the **17** day of December, 2020.

JAMES C. DEVER, III
United States District Judge