IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-144-D
No. 7:25-CV-217-D

ENIL RAMON MONTOYA VELASQUEZ, )
)
                Petitioner, )
)
v. )         ORDER
)
UNITED STATES OF AMERICA, )
)
                Respondent. )

Not later than November 26, 2025, the United States SHALL file a response to petitioner's motions [D.E. 167, 170].

SO ORDERED. This 27 day of October, 2025.

JAMES C. DEVER III
United States District Judge